1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          SAN FRANCISCO DIVISION

9
10  SCOTT BRUCE, on behalf of himself and all         No. CV 12-04061 RS;
    others similarly situated,
11
                                                      **ORDER CONSOLIDATING**
12              Plaintiff,                             **RELATED CASES**
        v.
13
    SUNTECH POWER HOLDINGS CO., LTD.
14  et al.,

15
                Defendant.
16  _____/

17
    THANH V. LE, Individually and on behalf of        No. CV 12-04655  RS
18  all others similarly situated,

19
                Plaintiff,
20      v.

21  SUNTECH POWER HOLDINGS CO., LTD.
    et al.,
22
                Defendant.
23
24  _____/

25          By Order dated November 13, 2012, the Court found that the above-entitled actions are

26  related.  Each of the Actions satisfies the requirements of Fed. R. Civ. Proc. 42(a).  Additionally,

27  the parties in the Actions are substantially the same.  Accordingly, for pre-trial purposes, the

28

Actions are consolidated into *Bruce v. Suntech Power Holdings Company, Inc., et al.*, C 12-04061.  All filings hereafter shall be made exclusively in Case No. C 12-04061.  The Case Management Conference shall be held on February 14, 2013.  The Clerk shall close the files of the other case captioned above.

IT IS SO ORDERED.

DATED:   11/14/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2