IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SUNTECH POWER HOLDINGS CO., LTD. et al.,<br><br>　　　　　Defendant.<br>_____/ | No. CV 12-04061 RS;<br><br>**ORDER CONSOLIDATING RELATED CASES** |
| THANH V. LE, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SUNTECH POWER HOLDINGS CO., LTD. et al.,<br><br>　　　　　Defendant.<br>_____/ | No. CV 12-04655 RS |

By Order dated November 13, 2012, the Court found that the above-entitled actions are related. Each of the Actions satisfies the requirements of Fed. R. Civ. Proc. 42(a). Additionally, the parties in the Actions are substantially the same. Accordingly, for pre-trial purposes, the

CASE MANAGEMENT SCHEDULING ORDER

1  Actions are consolidated into *Bruce v. Suntech Power Holdings Company, Inc., et al.*, C 12-
2  04061.  All filings hereafter shall be made exclusively in Case No. C 12-04061.  The Case
3  Management Conference shall be held on February 14, 2013.  The Clerk shall close the files of
4  the other case captioned above.

6      IT IS SO ORDERED.

8  DATED:  11/14/12

                                       RICHARD SEEBORG
                                       United States District Judge