| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| | MICHAEL M. GOLDBERG (#188669) |
| 2 | GLANCY BINKOW & GOLDBERG LLP |
| | 1925 Century Park East, Suite 2100 |
| 3 | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| 4 | Fax: (310) 201-9160 |
| | E-mail: info@glancylaw.com |
| 5 | |
| | *Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh* |
| 6 | *Le and Chen Weifeng* |
| 7 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRUCE, individually and on behalf of all others similarly situated, | Case No. 3:12-CV-4061-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING** |
| v. | |
| SUNTECH POWER HOLDINGS CO. LTD., et al., | |
| Defendants. | |

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1664628.1 1

1  WHEREAS, on November 13, 2012, the Court issued Orders finding that the above-captioned action and *Le v. Suntech Power Holdings Co., Ltd.*, No. 4:12-CV-04655 are related, appointing James Bachesta, Thanh Le and Chen Weifeng (collectively, the "Suntech Investor Group") as Lead Plaintiffs, and approving Cohen Milstein Sellers & Toll PLLC and Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Co-Lead Counsel;

WHEREAS, on November 14, 2012, the Court issued an Order consolidating the related actions into *Bruce v. Suntech Power Holdings Company, Inc., et al.*, No. 3:12-CV-04061-RS for pre-trial purposes;

WHEREAS, Lead Plaintiffs and Defendant Suntech Power Holdings Co., Ltd. ("Suntech"), through their respective counsel, have conferred and agreed upon a date for Lead Plaintiffs to file a Consolidated Amended Class Action Complaint (the "Amended Complaint");

WHEREAS, Lead Plaintiffs and Suntech, through their respective counsel, have further agreed upon the date for Suntech to answer, move to dismiss, or otherwise respond to the Amended Complaint, and the dates for briefing any such motion to dismiss;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by Lead Plaintiffs and Suntech, through their undersigned counsel, subject to Court approval, as follows:

1. Lead Plaintiffs shall file their Amended Complaint on or before February 5, 2013.

2. Suntech shall answer, move to dismiss or otherwise respond to the Amended Complaint on or before April 8, 2013.

3. Lead Plaintiffs shall file their opposition to any motion to dismiss on or before June 7, 2013.

4. Suntech shall file any reply in support of its motion to dismiss on or before July 8, 2013.

| | |
|---|---|
| Dated: December 14, 2012 | Respectfully Submitted, |
| | GLANCY BINKOW & GOLDBERG LLP |

By: *s/ Michael Goldberg*
Lionel Z. Glancy
Michael M. Goldberg
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

COHEN MILSTEIN SELLERS
 & TOLL PLLC

Steven J. Toll
Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky
Elizabeth Aniskevich
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
10 South LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

16646
28.1 1

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
PRETRIAL SCHEDULING
No. 3:12-CV-04061-RS

3

| | |
|---|---|
| Dated: December 14, 2012 | SHEARMAN & STERLING LLP |
| | By: *s/ Stephen D. Hibbard* |
| | Stephen D. Hibbard |
| | Four Embarcadero Center, Suite 3800 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 616-1100 |
| | Fax: (415) 616-1199 |
| | Email: shibbard@shearman.com |
| | |
| | SHEARMAN & STERLING LLP |
| | Jerome S. Fortinsky (admitted *pro hac vice*) |
| | H. Miriam Farber (admitted *pro hac vice*) |
| | 599 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 848-4000 |
| | Fax: (212) 848-7179 |
| | Email: jfortinsky@shearman.com |
| | mfarber@shearman.com |
| | |
| | *Counsel for Defendant Suntech Power Holdings Co., Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  12/17/12

_____
Hon. Richard Seeborg
United States District Judge

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

16646
28.1 1

STIPULATION AND [PROPOSED] ORDER REGARDING
PRETRIAL SCHEDULING
No. 3:12-CV-04061-RS

4