Stephen D. Hibbard (SBN 117865)
shibbard@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Counsel for Defendant
Suntech Power Holdings Co., Ltd.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNTECH POWER HOLDINGS CO., LTD., ZHENGRONG SHI, DAVID KING, and AMY YI ZHANG,<br><br>Defendants. | Case No. 3:12-cv-4061-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT SUNTECH POWER HOLDINGS CO., LTD.'S TIME TO RESPOND TO LEAD PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs James Bachesta, Thanh Le, and Chen Weifeng (collectively, the "Lead Plaintiffs") and defendant Suntech Power Holdings Co., Ltd. ("Suntech," together with Plaintiffs, the "Parties"), by and through their counsel, hereby agree and stipulate that good cause exists to request an order from the Court extending Suntech's time to respond to Lead Plaintiffs' Motion to Authorize Alternative Service of Two Individual Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (the "Service Motion") currently set for hearing on April 25, 2013 and adjust accordingly the deadline for Lead Plaintiffs' reply, if any.

WHEREAS on December 17, 2012, the Court entered an Order setting the time for Suntech to answer, move or otherwise respond to the Consolidated Amended Complaint on or before April 8, 2013;

WHEREAS on March 15, 2013, Lead Plaintiffs filed the Service Motion;

WHEREAS Suntech is currently scheduled to respond to the Service Motion on or before March 29, 2013; and

WHEREAS Suntech through its counsel sought the agreement of Lead Plaintiffs to the aforementioned extension of time for Suntech to respond to the Service Motion and Lead Plaintiffs through their counsel have agreed upon the dates for Suntech to respond to the Service Motion and Lead Plaintiffs to reply in further support thereof provided that the modification of the briefing schedule does not cause a change in the currently scheduled hearing date of April 25, 2013;

Accordingly, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Suntech shall file a response to Lead Plaintiffs' Service Motion on or before April 12, 2013.

2. Lead Plaintiffs shall file any reply in support of their Service Motion on or before April 19, 2013.

3. A hearing on the Service Motion shall be heard on April 25, 2013, in accordance with the Clerk's Notice Resetting Time on the Motion Hearing.

4. By this stipulation, Lead Plaintiffs do not waive any arguments in response to Suntech's forthcoming response to Lead Plaintiffs' Service Motion, including arguments

regarding whether Suntech has standing to oppose Lead Plaintiffs' Service Motion.

WHEREFORE, the Parties respectfully request that this Court issue an order granting the Parties' request to set the time for Suntech to respond to Lead Plaintiffs' Service Motion and Lead Plaintiffs' reply in further support thereof as set forth in the following [Proposed] Order.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED: March 26, 2013    SHEARMAN & STERLING LLP

By:   /s/ Jerome S. Fortinsky

Jerome S. Fortinsky (admitted *pro hac vice*)
H. Miriam Farber (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179
Email: jfortinsky@shearman.com
              mfarber@shearman.com

SHEARMAN & STERLING LLP
Stephen D. Hibbard
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Fax: (415) 616-1199
Email: shibbard@shearman.com

*Counsel for Defendant Suntech Power Holdings Co., Ltd.*

DATED: March 26, 2013    COHEN MILSTEIN SELLERS & TOLL PLLC

By:   /s/ Daniel S. Sommers

STIP. & [~~PROPOSED~~] ORDER EXTENDING   2    Case No. 3:12-cv-4061-RS
DEF.'S TIME TO RESPOND TO MOT. FOR ALT. SERVICE

Steven J. Toll
Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky
Elizabeth Aniskevich
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
10 South LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

GLANCY BINKOW & GOLDBERG LLP

Michael M. Goldberg
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/26/13

_____
Hon. Richard Seeborg
United States District Judge

STIP. & [PROPOSED] ORDER EXTENDING 3
DEF.'S TIME TO RESPOND TO MOT. FOR ALT. SERVICE

Case No. 3:12-cv-4061-RS