Stephen D. Hibbard (SBN 117865)
shibbard@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Counsel for Suntech Power Holdings Co., Ltd., Zhengrong Shi and David King*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNTECH POWER HOLDINGS CO., LTD., ZHENGRONG SHI, DAVID KING, and AMY YI ZHANG,<br><br>Defendants. | Case No. 3:12-CV-4061-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS SHI AND KING TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND MODIFYING SCHEDULE FOR REMAINING BRIEFING ON DEFENDANT SUNTECH'S MOTION TO DISMISS** |

WHEREAS, on April 8, 2013, defendant Suntech Power Holdings Co., Ltd. ("Suntech") moved to dismiss (Dkt. No. 62) the Consolidated Amended Class Action Complaint (the "Complaint") (Dkt. No. 56) filed by lead plaintiffs James Bachesta, Thanh Le, and Chen Weifeng (collectively, the "Lead Plaintiffs") in this action;

WHEREAS, pursuant to the Stipulation and Order Regarding Pretrial Scheduling, dated December 17, 2012 (Dkt. No. 53), the Lead Plaintiffs' opposition to Suntech's motion to dismiss is due to be filed on or before June 7, 2013 and Suntech's reply in further support of its motion to dismiss is due to be filed on July 8, 2013;

WHEREAS, on March 15, 2013, the Lead Plaintiffs filed a Motion to Authorize Alternative Service of Two Individual Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (the "Service Motion") (Dkt. No. 57);

WHEREAS, on May 13, 2013, the Court issued an Order granting the Service Motion (Dkt. No. 70), thereby permitting the Lead Plaintiffs to serve defendants Dr. Zhengrong Shi ("Shi") and Mr. David King ("King") "through defendant Suntech's registered agent located in New York, New York, and through Suntech's U.S. headquarters ('Suntech America') and Suntech America's registered agent, both of which are located in San Francisco, California";

WHEREAS, on May 16, 2013, Lead Plaintiffs delivered copies of the Summons and Complaint to defendants Shi and King through Suntech America;

WHEREAS, on May 29, 2013, Lead Plaintiffs filed a Motion to Deem Service Effective Upon Defendants Zhengrong Shi and David King (the "Motion to Deem Service Effective") (Dkt. No. 71);

WHEREAS, on May 31, 2013, defendants' undersigned counsel notified the Lead Plaintiffs' counsel, on behalf of defendants Shi and King, that they would not be contesting the adequacy of service, and thus that there is no need for further proceedings on Lead Plaintiffs' Motion to Deem Service Effective;

WHEREAS the Lead Plaintiffs and defendants Shi and King, through their respective undersigned counsel, have conferred and agreed on a date for defendants Shi and King to answer, move to dismiss or otherwise respond to the Complaint and on the dates for briefing

1  any such motions to dismiss;

2  WHEREAS the Lead Plaintiffs and defendants Suntech, Shi and King (collectively, the "Defendants"), through their respective undersigned counsel, have further agreed to modify the schedule for remaining briefing on Suntech's motion to dismiss as set forth herein; and

WHEREAS the Lead Plaintiffs and the Defendants have agreed that the proposed schedule should, to the extent possible, avoid conflict with Defendants' counsels' previously scheduled family summer vacation plans;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the Lead Plaintiffs and the Defendants, through their respective undersigned counsel, subject to Court approval, as follows:

1. Defendants Shi and King shall answer, move to dismiss or otherwise respond to the Complaint on or before June 28, 2013;

2. The Lead Plaintiffs shall file a single consolidated opposition to Suntech's motion to dismiss and any motions to dismiss filed by defendants Shi and/or King on or before August 5, 2013.  The consolidated opposition shall not exceed in length the combined number of pages of the opening briefs filed by Suntech, Shi and/or King;

3. The Defendants shall file their respective replies in further support of their motions to dismiss on or before September 18, 2013; and

4. The Lead Plaintiffs' Motion to Deem Service Effective is hereby denied as moot.

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

| | | |
|---|---|---|
| 1 | DATED: June 4, 2013 | SHEARMAN & STERLING LLP |
| 2 | | |
| 3 | | By:   /s/ Jerome S. Fortinsky |

Jerome S. Fortinsky (admitted *pro hac vice*)
H. Miriam Farber (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179
Email: jfortinsky@shearman.com
            mfarber@shearman.com

Stephen D. Hibbard
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Fax: (415) 616-1199
Email: shibbard@shearman.com

*Counsel for Defendants Suntech Power Holdings Co., Ltd., Zhengrong Shi and David King*

DATED: June 4, 2013                    COHEN MILSTEIN SELLERS & TOLL PLLC

By:   /s/ Daniel S. Sommers

Steven J. Toll
Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky
Elizabeth Aniskevich
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
10 South LaSalle St., Suite 3505
Chicago, Illinois  60603
Telephone: (312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

|     |     |
| --- | --- |
| 1   |     |
| 2   | GLANCY BINKOW & GOLDBERG LLP |
| 3   | Michael M. Goldberg<br>Lionel Z. Glancy |
| 4   | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
| 5   | Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| 6   |     |
| 7   | *Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   6/5/13

_____
Hon. Richard Seeborg
United States District Judge