United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>SUNTECH POWER HOLDINGS CO., LTD., ZHENGRONG SHI, DAVID KING, and AMY YI ZHANG,<br><br>    Defendants.<br>_____/ | No. C 12-4061 RS<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS AND REQUESTING JOINT STATEMENT BY THE PARTIES** |

  In light of the notice of the filing an involuntary petition for relief under Chapter 7 of the Bankruptcy Code by defendant Suntech Power Holdings Co., Ltd., and the automatic stay of proceedings under 11 U.S.C. § 362 against the debtor, the November 7, 2013 hearing on defendants' motions to dismiss is vacated. The parties are ordered to submit a joint statement on or before November 15, 2013, instructing the court on the effect of the bankruptcy petition and the automatic stay on the plaintiffs' claims as to the individual defendants and the individual defendants' pending motions to dismiss.

1   IT IS SO ORDERED.

2   Dated: 10/22/2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE