IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNTECH POWER HOLDINGS CO. LTD., ZHENGRONG SHI, DAVID KING, JULIAN RALPH WORLEY, AMY YI ZHANG AND DAVID HOGG,<br><br>    Defendants. | No. CV 12-04061 RS<br><br>**ORDER RESETTING DATES FOR HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Upon consideration of the joint statement submitted to the court on November 11, 2013, the motions to dismiss brought by individual defendants Zhengrong Shi and David King shall be set for hearing on Thursday, January 23, 2014 at 1:30 p.m.

At the parties' request, the Initial Case Management Conference in the instant case scheduled on December 12, 2013 shall be continued to March 20, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

IT IS SO ORDERED.

Dated: November 22, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE