IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUNTECH POWER HOLDINGS CO. LTD., ZHENGRONG SHI, DAVID KING, JULIAN RALPH WORLEY, AMY YI ZHANG AND DAVID HOGG,<br><br>　　　　　Defendants. | No. CV 12-04061 RS<br><br>**ORDER TERMINATING MOTION** |

The hearing on the motion to dismiss by defendant Suntech Power Holdings Co. Ltd. was previously vacated in light of the bankruptcy stay pertaining to that defendant. The plaintiff has since filed an amended complaint. For administrative purposes, the corporate defendant's motion to dismiss (Dkt. No. 62) will be terminated without prejudice to refiling if and when it ever becomes appropriate to do so.

IT IS SO ORDERED.

Dated: February 13, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE