Stephen D. Hibbard (SBN 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Fax: (415) 616-1199
Email: shibbard@shearman.com

*Attorneys for Defendant Zhengrong Shi*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNTECH POWER HOLDINGS CO., LTD. and ZHENGRONG SHI,<br><br>Defendants. | Case No. 3:12-cv-04061-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT ZHENGRONG SHI'S TIME TO ANSWER THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:      Hon. Richard Seeborg |

1    Pursuant to Civil Local Rules 6-2 and 7-12, lead plaintiffs James Bachesta, Thanh Le, and
2 Chen Weifeng (collectively, the "Lead Plaintiffs") and defendant Zhengrong Shi (together with
3 the Lead Plaintiffs, the "Parties"), by and through their counsel, hereby agree and stipulate that
4 good cause exists to request an order from the Court extending Dr. Shi's time to answer the
5 Consolidated Second Amended Class Action Complaint (the "SAC") from the current deadline of
6 September 2, 2014.

7    WHEREAS, on August 12, 2014, the Court issued an Order (Dkt. No. 119) denying Dr.
8 Shi's Motion to Dismiss the SAC and ordering Dr. Shi to "file an answer to the SAC within
9 twenty days";

10   WHEREAS, because the twenty-day period ends on Labor Day, Dr. Shi must file an
11 answer to the SAC on or before September 2, 2014;

12   WHEREAS counsel for Dr. Shi require more time to consult with Dr. Shi and prepare the
13 answer than the current schedule allows;

14   WHEREAS counsel for Dr. Shi have previously scheduled family vacations that limit their
15 ability to prepare the answer under the current schedule; and

16   WHEREAS the proposed deadline of September 30, 2014 would ensure that the answer is
17 filed before the Case Management Conference that the Court has scheduled for October 2, 2014.

18   Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their
19 undersigned counsel, subject to Court approval, as follows:

20   1.   Dr. Shi's time to answer the SAC is hereby extended to September 30, 2014.
21   2.   Nothing in this Stipulation shall be construed as a waiver of any of Dr. Shi's rights
22 in law or equity, or as a waiver of any defenses that he would otherwise have.
23   3.   There have been no previous modifications to the schedule that the Court set in its
24 August 12, 2014 Order for Dr. Shi to answer the SAC.
25   4.   The Parties do not seek to extend Dr. Shi's time to answer the SAC for the purpose
26 of delay, and the proposed new date will not have an effect on any pre-trial or trial dates because
27 the Court has yet to schedule these dates.
28

| | |
|---|---|
| Dated: August 22, 2014 | SHEARMAN & STERLING LLP |
| | By:  /s/ Jerome S. Fortinsky |
| | Jerome S. Fortinsky (admitted *pro hac vice*) |
| | H. Miriam Farber (admitted *pro hac vice*) |
| | 599 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 848-4000 |
| | Fax: (212) 848-7179 |
| | Email: jfortinsky@shearman.com |
| | mfarber@shearman.com |
| | |
| | SHEARMAN & STERLING LLP |
| | Stephen D. Hibbard |
| | Four Embarcadero Center, Suite 3800 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 616-1100 |
| | Fax: (415) 616-1199 |
| | Email: shibbard@shearman.com |
| | |
| | *Attorneys for Defendant Zhengrong Shi* |
| | |
| Dated: August 22, 2014 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | By:  /s/ Daniel S. Sommers |
| | Steven J. Toll |
| | Daniel S. Sommers (admitted *pro hac vice*) |
| | Joshua M. Kolsky |
| | Elizabeth Aniskevich |
| | 1100 New York Avenue, N.W. |
| | West Tower, Suite 500 |
| | Washington, D.C.  20005 |
| | Telephone: (202) 408-4600 |
| | Fax: (202) 408-4699 |
| | |
| | POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP |
| | Patrick V. Dahlstrom (admitted *pro hac vice*) |
| | Joshua B. Silverman (admitted *pro hac vice*) |
| | Louis C. Ludwig (admitted *pro hac vice*) |
| | 10 South LaSalle St., Suite 3505 |
| | Chicago, Illinois  60603 |
| | Telephone: (312) 377-1181 |
| | Fax: (312) 377-1184 |
| | Email: pdahlstrom@pomlaw.com |
| | |
| | *Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng* |

GLANCY BINKOW & GOLDBERG LLP

Michael M. Goldberg
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:      August 22, 2014

_____
Hon. Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO ANSWER SAC                3                Case No. 3:12-cv-04061-RS