UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRUCE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUNTECH POWER HOLDINGS CO., LTD, et al.,<br><br>    Defendants. | Case No. 12-cv-04061-RS<br><br>**ORDER EXTENDING TIME TO ANSWER AND SETTING CASE MANAGEMENT CONFERENCE** |

The parties have asked the Court to stay Dr. Shi's time to answer the Second Amended Complaint and to adjourn the Initial Case Management Conference scheduled for October 2, 2014, as they intend to engage in private mediation.

In the event that the parties' private mediation efforts are unsuccessful, Dr. Shi shall be required to answer the Second Amended Complaint within 120 days, by January 14, 2015. Further, the Initial Case Management Conference shall be held on January 22, 2015. The parties are instructed to apprise the Court if this action is resolved in the interim.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
RICHARD SEEBORG
United States District Judge