Stephen D. Hibbard (SBN 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Fax: (415) 616-1199
Email: shibbard@shearman.com

*Attorneys for Defendant Zhengrong Shi*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNTECH POWER HOLDINGS CO., LTD. and ZHENGRONG SHI,<br><br>Defendants. | Case No. 3:12-cv-04061-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME TO ENGAGE IN PRIVATE MEDIATION AND OTHER DATES**<br><br>Judge:     Hon. Richard Seeborg |

Pursuant to Civil Local Rules 6-2 and 7-12, lead plaintiffs James Bachesta, Thanh Le, and Chen Weifeng (collectively, the "Lead Plaintiffs") and defendant Zhengrong Shi (together with the Lead Plaintiffs, the "Parties"), by and through their counsel, hereby agree and stipulate that good cause exists to request an order from the Court extending the Parties' time to engage in private mediation, extending Dr. Shi's time to answer the Consolidated Second Amended Class Action Complaint (the "SAC"), and re-setting the Initial Case Management Conference.

WHEREAS the Parties have agreed to attempt to resolve this action through private mediation (*see* Dkt. No. 124) and have selected Hon. Layn R. Phillips (Ret.) to serve as mediator;

WHEREAS, in light of the Parties' agreement to mediate and at the Parties' request, on September 16, 2014, the Court issued an Order (Dkt. No. 128) extending Dr. Shi's time to answer the Second Amended Complaint to January 14, 2015 and re-setting the Initial Case Management Conference for January 22, 2015; and

WHEREAS, despite the Parties' best efforts, they have been unable to secure a mediation date with Judge Phillips prior to February 24, 2015;

WHEREAS the Parties seek to extend the case schedule to permit them to engage in mediation before Judge Phillips on February 24, 2015;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the Court's approval, as follows:

1. The Parties' time to engage in private mediation shall be extended through February 24, 2015;

2. In the event that the Parties' private mediation efforts are unsuccessful, Dr. Shi shall be required to answer the SAC on or before March 27, 2015.

3. Unless the Parties advise the Court that the case has been resolved, the Initial Case Management Conference shall be held on April 9, 2015, or such other date as may be ordered by the Court, and the Parties shall file a Joint Case Management Statement at least one week prior thereto.

4. This Stipulation is entered into without prejudice to any party seeking any interim

relief.

5. Nothing in this Stipulation shall be construed as a waiver of any Party's rights in law or equity, or as a waiver of any defenses or claims that any Party would otherwise have.

6. There have been two previous modifications to the schedule that the Court set in its August 12, 2014 Order for Dr. Shi to answer the SAC.

7. The Initial Case Management Conference and related deadlines have been continued six times previously while motions to dismiss were pending, and one further time to permit the Parties to engage in private mediation.

8. The Parties do not seek to extend the dates set forth herein for the purpose of delay, and the proposed new dates will not have an effect on any pre-trial or trial dates because the Court has yet to schedule these dates.

Dated: November 25, 2014

SHEARMAN & STERLING LLP

By: /s/ Jerome S. Fortinsky

Jerome S. Fortinsky (admitted *pro hac vice*)
H. Miriam Farber (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179
Email: jfortinsky@shearman.com
         mfarber@shearman.com

SHEARMAN & STERLING LLP
Stephen D. Hibbard
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Fax: (415) 616-1199
Email: shibbard@shearman.com

*Attorneys for Defendant Zhengrong Shi*

| | | |
|---|---|---|
| 1 | Dated: November 25, 2014 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 2 | | By: /s/ Daniel S. Sommers |
| 3 | | Steven J. Toll<br>Daniel S. Sommers (admitted *pro hac vice*)<br>Joshua M. Kolsky<br>Elizabeth Aniskevich<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699 |

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
10 South LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

GLANCY BINKOW & GOLDBERG LLP

Michael M. Goldberg
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

*Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~November~~ December 2, 2014

_____
Hon. Richard Seeborg
United States District Judge