Steven J. Toll
Daniel S. Sommers (admitted *pro hac vice)*
Elizabeth Aniskevich
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
East Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
10 South LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SCOTT BRUCE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SUNTECH POWER HOLDINGS CO., LTD. and ZHENGRONG SHI,

Defendants.

Case No. 3:12-cv-04061-RS

**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DEFENDANT ZHENGRONG SHI'S TIME TO ANSWER THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT AND TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE AND FILING OF A JOINT CASE MANAGEMENT STATEMENT**

Judge: Hon. Richard Seeborg

STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT SHI'S TIME TO ANSWER SAC AND ADJOURN CMC AND FILING OF JOINT CMC STATEMENT
Case No. 3:12-cv-04061-RS

Pursuant to Civil Local Rules 6-2 and 7-12, lead plaintiffs James Bachesta, Thanh Le, and Chen Weifeng (collectively, the "Lead Plaintiffs") and defendant Zhengrong Shi ("Dr. Shi") (together with the Lead Plaintiffs, the "Parties"), by and through their counsel, hereby agree and stipulate that good cause exists to request an order from the Court staying Dr. Shi's time to answer the Consolidated Second Amended Class Action Complaint (the "SAC") and adjourning the Initial Case Management Conference.

WHEREAS, on August 1, 2014, the Court issued a Clerk's Notice (Dkt. No. 117) setting the Initial Case Management Conference for October 2, 2014;

WHEREAS, on August 12, 2014, the Court issued an Order (Dkt. No. 119) denying Dr. Shi's Motion to Dismiss the SAC filed by Lead Plaintiffs, and ordered Dr. Shi to "file an answer within twenty days;"

WHEREAS, on August 22, 2014, the Court issued an Order (Dkt. No. 126) extending Dr. Shi's time to answer the SAC to September 30, 2014;

WHEREAS, on September 11, 2014, the Parties filed a Stipulation and Proposed Order informing the Court they would attempt to resolve this action through private mediation (Dkt. No. 124);

WHEREAS, on December 2, 2014, the Court entered an Order extending the deadline for the Parties to engage in mediation to February 24, 2015, and in light of the Parties' agreement to mediate and at the Parties' request, the Court issued an Order extending Dr. Shi's time to answer the SAC to March 27, 2015 and rescheduling the Initial Case Management Conference for April 9, 2015 "[u]nless the Parties advise the Court that the case has been resolved" (Dkt. No 131);

WHEREAS, on February 24, 2015, the Parties participated in private mediation before the Honorable Layn R. Phillips (Ret.) which resulted in a mediator's proposal to settle this action pursuant to a term sheet negotiated by the Parties during the mediation (the "Term Sheet");

WHEREAS, on March 11, 2015, the Parties accepted the mediator's proposal pursuant to the terms reflected in the Term Sheet and agreed (subject to the contingencies set forth by the

STIPULATION AND [PROPOSED] ORDER
TO STAY DEFENDANT SHI'S TIME TO
ANSWER SAC AND ADJOURN CMC AND FILING OF
JOINT CMC STATEMENT

Case No. 3:12-cv-04061-RS

1

Parties) to a settlement that would fully resolve this action;

WHEREAS, pursuant to the Term Sheet, the Parties shall attempt in good faith to agree upon and execute a stipulation of settlement within thirty (30) days of March 11, 2015 and Lead Plaintiffs shall file preliminary approval papers within fifteen (15) days thereafter;

WHEREAS the Parties intend to execute a stipulation of settlement by April 10, 2015 and Lead Plaintiffs intend to file preliminary approval papers with the Court by April 27, 2015;

WHEREAS the Parties believe that, in light of their agreement to settle this action in its entirety and in order to avoid the needless waste of the Court's and the Parties' resources, it would be prudent to stay Dr. Shi's time to answer the SAC and adjourn the Initial Case Management Conference and obligation to file a Joint Case Management Statement until after the Court's resolution of settlement approval proceedings.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to this Court's approval, as follows:

1. Dr. Shi's time to answer the SAC is hereby stayed pending the Court's resolution of settlement approval proceedings.  In the event the settlement approval proceedings do not result in the complete resolution of this action, Dr. Shi shall be required to answer the SAC on a date ordered by the Court.

2. The Initial Case Management Conference set for April 9, 2015 is adjourned pending the outcome of settlement approval proceedings, and the Parties shall not be required to file a Joint Case Management Statement.  In the event the settlement approval proceedings do not result in the complete resolution of this action, the Initial Case Management Conference shall occur on a date ordered by the Court.  The Parties shall file a Joint Case Management Statement at least one week prior to the Initial Case Management Conference.

3. This Stipulation is entered into without prejudice to any Party seeking any interim relief.

4. Nothing in this Stipulation shall be construed as a waiver of the Parties' rights in

STIPULATION AND [PROPOSED] ORDER
TO STAY DEFENDANT SHI'S TIME TO
ANSWER SAC AND ADJOURN CMC AND FILING OF
JOINT CMC STATEMENT

Case No. 3:12-cv-04061-RS

2

law or equity, or as a waiver of any defenses or claims that the Parties would otherwise have.

5. There have been three previous modifications to the schedule that the Court set in its August 12, 2014 Order for Dr. Shi to answer the SAC.

6. The Initial Case Management Conference and related deadlines have been continued seven times while motions to dismiss were pending and to allow the Parties to engage in private mediation.

7. The Parties do not seek to stay or adjourn the dates set forth herein for the purpose of delay, and a stay and adjournment will not have an effect on any pre-trial or trial dates because the Court has yet to schedule these dates.

March 26, 2015

COHEN MILSTEIN SELLERS AND TOLL PLLC
/s/ Daniel S. Sommers

Steven J. Toll
Daniel S. Sommers (admitted *pro hac vice)*
Elizabeth Aniskevich
1100 New York Avenue, N.W.
East Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
10 South LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT SHI'S TIME TO ANSWER SAC AND ADJOURN CMC AND FILING OF JOINT CMC STATEMENT

Case No. 3:12-cv-04061-RS

3

GLANCY BINKOW & GOLDBERG LLP
Michael M. Goldberg
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel for Lead Plaintiffs James Bachesta, Thanh Le and Chen Weifeng*

SHEARMAN & STERLING LLP

By: /s/ Jerome S. Fortinksy______

Jerome S. Fortinsky (admitted *pro hac vice*)
H. Miriam Farber (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179
Email: jfortinsky@shearman.com
mfarber@shearman.com

SHEARMAN & STERLING LLP
Stephen D. Hibbard
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Fax: (415) 616-1199
Email: shibbard@shearman.com

*Attorneys for Defendant Zhengrong Shi*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 3, ~~March~~ __, 2015

Hon. Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT SHI'S TIME TO ANSWER SAC AND ADJOURN CMC AND FILING OF JOINT CMC STATEMENT

Case No. 3:12-cv-04061-RS

4