UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRUCE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUNTECH POWER HOLDINGS CO., LTD, et al.,<br><br>    Defendants. | Case No. 12-cv-04061-RS<br><br>**ORDER DENYING REQUEST FOR EXCLUSION** |

In October 2015, the court preliminarily approved a settlement agreement for this class action. Pursuant to that order, all potential class members could request exclusion from the settlement agreement provided they submit legible requests for exclusion "no later than 21 days prior to the Final Approval Hearing," which took place on February 11, 2016. Dkt. 155 ¶ 16. Reinhard Baumann, a potential class member, postmarked his request for exclusion and sent it to the claims administrator on March 7, 2016—more than six weeks after the deadline. The order of preliminary approval authorizes this court to accept untimely or improper request for exclusion. *See id.* ("The Request for Exclusion shall not be effective unless . . . made within the time stated above, or unless the exclusion is otherwise accepted by the Court."). Baumann's letter does not evince cause to accept this untimely request, and therefore it is denied.

**IT IS SO ORDERED**.

Dated: April 5, 2016

_____
RICHARD SEEBORG
United States District Judge